IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL NO. 1:02cr104WJG-JMR-1

RICKIE EDWARD HUTCHERSON

<u>ORDER REDUCING SENTENCE</u>

This matter is before the Court on motion [103] of the United States of America [United States] for reduction of the sentence previously imposed on the Defendant, Rickie Edward Hutcherson, for his substantial assistance as set forth in the United States' motion. Upon review of the record in this matter and the pertinent issues, this Court finds the United States' motion well-taken and determines that it should be granted. It is therefore,

ORDERED AND ADJUDGED that Defendant Rickie Edward Hutcherson's sentence be reduced to 87 months. It is further,

ORDERED AND ADJUDGED that the Clerk of Court shall provide a copy of this order to the United States Marshals Service and the United States Probation Office.

SO ORDERED AND ADJUDGED this the 31st day of July, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE